UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor, United<br>States Department of Labor,<br><br>　　　　Plaintiff<br><br>v.<br><br>HETAL PATEL, INC., d/b/a<br>WOODLANDS INDIAN VEGETARIAN<br>CUISINE, PANKAJ PATEL, HETAL<br>PATEL, and MADHUSUDHAN NAIK,<br><br>　　　　Defendants | Case No. 3:17-CV-01585<br><br>Chief Judge Crenshaw/<br>Magistrate Judge Brown |

### JOINT MOTION FOR ENTRY OF CONSENT ORDER AND PERMANENT INJUNCTION

The Plaintiff, the Secretary of Labor, United States Department of Labor, and the Defendants, Hetal Patel, Inc., Pankaj Patel, Hetal Patel, and Madhusudhan Naik, give notice to the Court that they have resolved the matter captioned above. The Defendants have agreed to pay $220,000.00 in back wages and liquidated damages as described in the attached order. The Defendants also agree that they will consent to the entry of a permanent injunction, as to the corporate defendant Hetal Patel, Inc., and the three individual defendants, requiring compliance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq. In exchange, the Plaintiff has agreed not to assess civil money penalties against the Defendants for the violations at issue.

1

The parties respectfully request that the Court issue and approve the attached consent order and permanent injunction. As evidenced by the signature of Rachel C. Hogan, counsel for the Defendant Hetal Patel, Inc., Pankaj Patel, and Hetal Patel; and Michael S. Holder, counsel for Madhusudhan Naik; and the signatures of the three individual Defendants, the Defendants consent to the entry of the attached consent order and permanent injunction without further contest.

Respectfully submitted,

KATE S. O'SCANNLAIN

STANLEY E. KEEN
Regional Solicitor

THERESA BALL
Associate Regional Solicitor

Office of the Solicitor
U. S. Department of Labor
618 Church Street
Suite 230
Nashville, Tennessee 37219-2456
Telephone: (615) 781-5330
nash.fedcourt@dol.gov
roberts.emily.o@dol.gov

EMILY Q. ROBERTS #26555
U. S. Department of Labor
Attorneys for the Plaintiff

ORTALE KELLEY LAW FIRM
330 Commerce Street, Suite 110
Nashville, Tennessee 37212
Telephone: (615)780-7517
rhogan@ortalekelley.com

RACHEL C. HOGAN #34283
Attorney for the Defendants
Hetal Patel, Inc., Pankaj
Patel, and Hetal Patel

LEITNER, WILLIAMS, DOOLEY &
  NAPOLITAN, PLLC
201 4th Avenue North, Suite 110
Nashville, Tennessee 37219
Telephone: (615) 324-2734
michael.holder@leitnerfirm.com

MICHAEL S. HOLDER #34284
Attorney for the Defendant
Madhusudhan Naik

2